

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2020

No. 04-20-00469-CV

**IN THE MATTER OF D.J.S.,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2017JUV00148
Honorable Carlos Quezada Jr., Judge Presiding

# O R D E R

On August 20, 2018, the trial court ordered appellant returned to the Texas Juvenile Justice Department with approval of his release under supervision to the Texas Department of Criminal Justice – Parole Division to serve the remainder of his sentence, pursuant to sections 53.045, 54.05, and 54.11 of the Texas Family Code. *See* TEX. FAM. CODE ANN. §§ 53.045, 54.05, 54.11. On September 17, 2020, appellant filed a motion for leave to file a late notice of appeal with the trial court. A copy of appellant's motion was subsequently filed in our court.

Appellant filed his motion for leave to file a late notice of appeal well after the prescribed time limit for perfecting an appeal. *See* TEX. R. APP. P. 26.1; *see also* R. 26.3 (providing for a fifteen-day grace period). "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction. *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). Accordingly, appellant is ORDERED to show cause in writing **within fourteen (14) days** from the date of this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2020.



MICHAEL A. CRUZ, Clerk of Court